Jerry Wayne **SHEPPARD, Petitioner— Appellant,**

v.

**UNITED STATES of America; A.F. Beeler, Respondents— Appellees.**

No. 08–8526.

United States Court of Appeals, Fourth Circuit.

Submitted: May 28, 2009.

Decided: June 4, 2009.

Jerry Wayne Sheppard, Appellant Pro Se. Steve R. Matheny, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Wayne Sheppard, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sheppard v. United States*, No. 5:08–hc–02035–FL (E.D.N.C. Nov. 17, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*